IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PAUL DANIEL SHIELDS, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:14-cv-02193 |
| ) | Senior Judge Haynes |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

In accordance with the Memorandum filed herewith, the Plaintiff's motion for judgment on the record (Docket Entry No. 12) is **GRANTED**. This action is **REMANDED** for reconsideration of Dr. Dozier's medical source statement, for consideration of Plaintiff's diagnosed condition of "displacement of thoracic or lumbar intervertebral discs" and any necessary revision of Plaintiff's residual functional capacity assessment.

It is so **ORDERED**.

**ENTERED** this the 20th day of January, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge